RICHARD MORRIS agt. WILLIAM C. SLITER.

Costs noticed for taxation before an officer, and on the day noticed for the taxation the officer is absent, the attorney who gave notice of taxation cannot go before another officer and have them taxed, without giving the requisite notice to the opposite attorney.

*December Term,* 1845.

MOTION by defendant for retaxation of costs, with costs of motion.

Plaintiff's attorney noticed his costs in this cause for retaxation, for the 11th of June, 1845, before Judge GRIDLEY, at his office in Utica. Defendant's attorney forwarded his papers to oppose the taxation to Judge GRIDLEY, which were received in due time. In the absence of Judge GRIDLEY on the day noticed for taxation (holding a circuit), plaintiff's attorney went before another taxing officer and had the costs taxed *ex parte*, without notice to defendant's attorney. On an application by defendant's attorney, and an offer to pay, &c., plaintiff's attorney refused to have them retaxed for the reason, as he stated, that the offer was made some three months after the taxation, and an execution had been issued. Defendant's attorney stated he received a letter from Judge GRIDLEY in July last, stating that he had not taxed the costs, and from that, defendant's attorney supposed plaintiff's attorney would give him notice when they would be taxed; that he applied to plaintiff's attorney as soon as he found the costs *had been taxed [*37] by another officer. Plaintiff's attorney stated that he sent his costs to his agent to attend the taxation on the 11th June, and his agent not finding Judge GRIDLEY at home, and no one at his office to oppose the taxation, concluded the taxation was not to be opposed, and went before the clerk of this court, J. L. Beardsley, Esq., and had them taxed.

P. CAGGER, *defendant's counsel.*

F. U. FENNO, *defendant's attorney.*

J. S. MASTERS, *plaintiff's attorney*

JEWETT, Justice. Granted the motion with $10 costs; on the ground that plaintiff's attorney should have given notice of the taxation before another officer. Defendant's attorney was prepared to oppose, and sent his papers in season to the officer before whom the costs were *noticed* for taxation.